**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR10-47-MJP |
| Plaintiff, | |
| v. | SUMMARY REPORT OF |
| | U.S. MAGISTRATE JUDGE AS |
| LINDSEY HARRIS, | TO ALLEGED VIOLATIONS |
| | OF SUPERVISED RELEASE |
| Defendant. | |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on July 6, 2011. The United States was represented by Assistant United States Attorney Matthew Diggs, and the defendant by Bruce Erickson.

The defendant had been charged and convicted of Bank Fraud, in violation of 18 U.S.C. 1344. On or about October 1, 2010, defendant was sentenced by the Honorable Marsha J. Pechman, to credit for 23 days served, to be followed by 3 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a substance abuse and mental health programs; financial disclosure; $8,406.72 restitution; 50 hours community service; search; maintain one single checking account; disclose all assets and liabilities and do not sell, transfer, give away or otherwise convey any assets without permission; prohibition

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

from incurring any new credit charges, opening additional lines of credit, or obtaining a loan without permission; and undergo an assessment and participate in MRT if deemed appropriate.

In a Petition for Warrant or Summons, dated June 9, 2011, U.S. Probation Officer Angela M. McGlynn asserted the following violations by defendant of the conditions of her supervised release:

    1.    Using opiates on or before May 25, 2011, in violation of standard condition No. 7.

The defendant was advised of her rights and admitted alleged violation 1.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of her supervised release as to violation 1, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has not yet been set before the Honorable Marsha J. Pechman.

Pending a final determination by the Court, the defendant has been released, subject to supervision.

DATED this 6th day of July, 2011.

_James P. Donohue_
_____
JAMES P. DONOHUE
United States Magistrate Judge

cc:    District Judge:        Honorable Marsha J. Pechman
          AUSA:        Matthew Diggs
          Defendant's attorney:    Bruce Erickson
          Probation officer:      Angela M. McGlynn